UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANICE SIMMONS,

                Plaintiff,

-vs-                                        Case No. 6:07-cv-1063-Orl-28DAB

ROSE TRAINING INSTITUTE, INC.,
ROSE SOLOMON FRANKIE SOLOMON,

                Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 27) filed June 27, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 28, 2008 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Approve Settlement and to Dismiss the Case with Prejudice is **GRANTED**.

    3.    The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute" over the Fair Labor Standards Act issues.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 /__ day of August, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party